NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATRINA COX,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01591-VCF<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will assign the case to a new Administrative Law Judge (ALJ). The Appeals Council will instruct the ALJ to: offer Plaintiff the opportunity of a hearing; reassess the opinions of record, including that of Dr. Jurani, and explain the weight afforded to each of these opinions; reassess Plaintiff's residual functional capacity consistent with SSR 96-8p; and proceed with the sequential evaluation, as necessary.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: January 23, 2020              Respectfully submitted,

                                     OLINSKY LAW GROUP

                                     */s/ Matthew R. McGarry*
                                     MATTHEW R. MCGARRY
                                     (*as authorized via email on January 23, 2020)
                                     Attorney for Plaintiff


Dated: January 23, 2020              Respectfully submitted,

                                     NICHOLAS A. TRUTANICH
                                     United States Attorney

                                     */s/ Allison J. Cheung*
                                     ALLISON J. CHEUNG
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant


IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 1-23-2020 _____

2

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the date, and via the method of service, identified below:

**CM/ECF:**

Matthew R. McGarry
mmcgarry@windisability.com
Attorney for Plaintiff

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

Dated: January 23, 2020

                                            */s/ Allison J. Cheung*
                                            ALLISON J. CHEUNG
                                            Special Assistant United States Attorney